IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY INC., <br><br> Plaintiff, <br><br> -vs- <br><br> MELISSA BANCO and SAYDEE REEVES, <br><br> Defendants. | Cause No. CV 19-68-GF-BMM-JTJ <br><br> **ORDER** |

Based on Plaintiffs's Unopposed Motion, and for good cause appearing,

IT IS HEREBY ORDERED that counsel for Mountain West Farm Bureau Mutual Insurance Company, Inc., Martha Sheehy, may appear remotely at the hearing scheduled for June 24, 2020 at 2:00. Ms. Sheehy will make arrangements with the court staff prior to Wednesday, June 24, 2020.

DATED this 22nd day of June, 2020.

_____
John Johnston
United States Magistrate Judge