# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY INC., <br><br> Plaintiff, <br><br> vs. <br><br> MELISSA BANCO and SAYDEE REEVES, <br><br> Defendants. | CV 19-68-GF-BMM-JTJ <br><br> **ORDER** |

The Court conducted a hearing on Defendant Melissa Banco's Motion to Dismiss on June 24, 2020. For the reasons stated in open court,

IT IS HEREBY ORDERED:

1. Defendant Banco's Motion to Dismiss (Doc. 11) is DENIED.

2. The parties may submit motions for summary judgment (with supporting briefs) on or before August 14, 2020.

3. Response briefs must be filed on or before September 4, 2020.

4. Reply briefs must be filed on or before September 18, 2020.

DATED this 25th day of June, 2020.

John Johnston
United States Magistrate Judge