IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY INC., | Cause No. CV 19-68-GF-BMM-JTJ |
| Plaintiff, | **ORDER** |
| -vs- | |
| MELISSA BANCO and SAYDEE REEVES, | |
| Defendants. | |

Based on Plaintiffs's Unopposed Motion, and for good cause appearing,

IT IS HEREBY ORDERED that this matter is voluntarily dismissed without prejudice pursuant to Rule 41(a)(2), F.R.Civ.P, with each party bearing its or her own costs and fees.

DATED this 30th day of September, 2020.

_____
John Johnston
United States Magistrate Judge